```
                                                        ┌─────────────────────────────────┐
                                                        │ USDC SDNY                       │
                                                        │ DOCUMENT                        │
UNITED STATES DISTRICT COURT                            │ ELECTRONICALLY FILED            │
SOUTHERN DISTRICT OF NEW YORK                           │ DOC #: _____     │
--------------------------------------------------------X │ DATE FILED: 10/7/2025          │
                                                    :   └─────────────────────────────────┘
GROW UNIVERSE INC., doing business as CAFÉ MELO, :
                                                    :
                            Plaintiff,              :
                                                    :          1:25-cv-1861-GHW
              -against-                             :
                                                    :               ORDER
JANE DOE,                                           :
                                                    :
                            Defendant.             :
                                                    :
--------------------------------------------------------X
```

GREGORY H. WOODS, District Judge:

The Court will hold a teleconference on October 10, 2025 at 2:00 p.m. regarding Movant's motion to quash a third-party subpoena. Dkt. No. 20. Counsel for both Plaintiff and Movant are directed to appear at the teleconference.

Plaintiff and Movant are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. Plaintiff and Movant are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated:  October 7, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge