```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GROW UNIVERSE INC., *doing business as* CAFÉ MELO, :
:
                        Plaintiff, :
:     1:25-cv-1861-GHW
    -against- :
:     <u>ORDER</u>
JANE DOE, :
:
                       Defendant. :
:
------------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

    For the reasons stated on the record during the teleconference held on October 10, 2025, Movant's motion to quash a third-party subpoena is denied. Dkt. No. 20. The deadline for Charter Communications d/b/a Spectrum to respond to the subpoena is extended to October 17, 2025. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, in particular Rule 4(D), in the event that the parties wish to request the issuance of a protective order.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

    SO ORDERED.

Dated: October 10, 2025
New York, New York

                                                  _____
                                                    GREGORY H. WOODS
                                              United States District Judge