USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
GROW UNIVERSE INC., *doing business as* CAFÉ MELO, :
:
                        Plaintiff, :
:    1:25-cv-1861-GHW
       -against- :
:    <u>ORDER</u>
JANE DOE, :
:
                      Defendant. :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On October 17, 2025, Movant filed a motion to proceed anonymously and for a protective order. Dkt. No. 27. Plaintiff's opposition, if any, is due by October 27, 2025; Movant's reply, if any, is due two business days after the date of service of Plaintiff's opposition.

SO ORDERED.

Dated: October 20, 2025
New York, New York

                                                          GREGORY H. WOODS
                                                  United States District Judge