```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
GROW UNIVERSE INC., *doing business as* CAFÉ MELO,

                              Plaintiff,          1:25-cv-1861-GHW

      -against-                                    <u>ORDER</u>

JANE DOE,

                             Defendant.
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The initial pre-trial conference scheduled for November 6, 2025, Dkt. No. 15, is adjourned *sine die*, as no defendant has yet been named in this action. The Court will reschedule the initial pre-trial conference after the complaint is amended to identify the Jane Doe defendant.

      SO ORDERED.

Dated: November 5, 2025
New York, New York

                                                            GREGORY H. WOODS
                                                   United States District Judge