

225 Broadway, 37th Floor
New York, NY 10007
Tel + 1 212.380.3623
at@gs2law.com

February 9, 2026

**<u>Via ECF</u>**
Honorable Gregory H. Woods U.S.D.J.
United States Courthouse
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

      Re:  <u>Grow Universe, Inc., d/b/a Cafe Melo v. Jane Doe</u>
             *Southern District of New York – Case No. 1:25-cv-1861-GHW*

Dear Honorable Judge Woods,

Plaintiff, Grow Universe, Inc. d/b/a Cafe Melo ("Plaintiff"), respectfully requests the Court's permission to file an amended complaint that will (1) reveal the true identity of Defendant Jane Doe, and (2) add additional allegations now that Defendant's identity has been verified.

Plaintiff acknowledges that Defendant's Motion for a Protective Order filed on October 17, 2025 (ECF No. 27) remains undecided by this Court and that Defendant did not file a reply brief addressing Plaintiff's arguments in its opposition (ECF No. 29, 30).

As such, and in accordance with Section 2(E) of Your Honor's Individual Rules, Plaintiff respectfully seeks a pre-motion conference should the Court deem it appropriate in these circumstances. Defendant has not consented to this request.

As always, we thank the Court in advance for its consideration of the foregoing.

Respectfully submitted,

<u>/s/ Andrea T. Timpone</u>
Andrea T. Timpone
Garson, Ségal, Steinmetz, Fladgate LLP
225 Broadway, 37th Floor
New York, NY 10007
Tel: (212) 380-3623 x 111
Email: at@gs2law.com
*Attorneys for Plaintiff*