UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2026

-------------------------------------------------------------------- X
                         :

GROW UNIVERSE INC.,                :

                         :

              Plaintiff,     :             1:25-cv-1861-GHW

                         :

          -v-               :             <u>ORDER</u>

                         :

KAREN TSHIMANGA,          :

                         :

           Defendant.    :

                         :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 1, 2026, Defendant filed a motion to dismiss Plaintiff's first amended complaint. Dkt. No. 46. On April 22, 2026, Plaintiff filed a second amended complaint pursuant to Rule 15(a)(1)(B). Dkt. No. 48. Accordingly, the Court denies Defendant's motion to dismiss the first amended complaint as moot. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 46.

SO ORDERED.

Dated: April 23, 2026
       New York, New York

                                  _____
                                       GREGORY H. WOODS
                                   United States District Judge